# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| TONY ROBERTS, | CASE NO. 15cv1871-LAB (BLM) |
|---|---|
| Plaintiff, | **ORDER OF PRO BONO APPOINTMENT** |
| vs. | |
| S. HENSLEY, et al., | |
| Defendants. | |

The Court appoints Alreen Haeggquist and Amber L. Eck as pro bono counsel for Tony Roberts. General Order 596. Counsel must file a Notice of Substitution of Attorney with Roberts' signature by July 9, 2018. CivLR 83.3. The pretrial conference is rescheduled for August 13, 2018, at 12:30 pm in Judge Burns' chambers.

To be clear: Haeggquist and Eck will only represent Roberts in this case. This order doesn't entitle Roberts to pro bono counsel in any of his other actions pending in this district. The Court thanks Counsel for volunteering their time and talent to try this case, and directs the Clerk to serve them with a copy of this order at: Haeggquist & Eck, LLP, 225 Broadway, Ste. 2050, San Diego, California, 92101.

**IT IS SO ORDERED**.

Dated: June 18, 2018

HONORABLE LARRY ALAN BURNS
United States District Judge